UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   CV 18-6380-PA (KS)                                         Date: October 1, 2018
Title      *Robert Martinez v. Nancy Berryhill*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DEFAULT**

On July 24, 2018, Plaintiff, proceeding with counsel and *in forma pauperis*, filed a Complaint to Review Final Decision of the Commissioner of Social Security Administration concerning the denial of his application for Supplemental Security Income. (Dkt. No. 1.)  On July 31, 2018, the Court issued its scheduling order. (Dkt. No. 9.) On August 24, 2018, Plaintiff filed a Proof of Service (see attachment), in which counsel declared under penalty of perjury that, on August 2, 2018, he deposited copies of the Complaint in the United States mail in sealed envelopes, postage fully paid, addressed to the following:  the Social Security Administration's Region IX Chief Counsel in San Francisco; the Civil Process Clerk for the Office of the U.S. Attorney in Los Angeles; and the Department of Justice in Washington D.C.  (Dkt. No. 10.)

According to the Court's scheduling order, Defendant was required to file a notice of appearance, or consent to proceed before the Magistrate Judge, no later than 30 days of service of the action – that is, no later than September 2, 2018. (*See* Dkt. No. 9.)  Almost 30 days have now passed since Defendant's deadline for filing a notice of appearance or consent, and Defendant has not done so.  Accordingly, **IT IS HEREBY ORDERED that, no later than October 15, 2018, Defendant shall show cause why default judgment should not be entered** against her.  Defendant may discharge this Order by filing a Notice of Appearance or consent to proceed before the assigned magistrate judge.

**IT IS SO ORDERED**.

:

**Initials of Preparer**   gr